**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

Plaintiff,

1:23-cv-756 (MJK)

v.

Funds Seized from Anthony Zaremski,
*formerly known as*
$77,400.00 in U.S. Currency,

Defendant.

United States of America,

Plaintiff,

1:23-cv-1562 (MJK)

v.

$93,530.59 in U.S. Currency, and
Assorted Jewelry, VL: $33,000.00,

Defendants.

## FINAL ORDER OF FORFEITURE

Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby

ORDERED that the Motion (Dkt. 54 in lead case 1:23-cv-00756) is hereby GRANTED, and it is further

ORDERED that Judgment of Default be entered against $77,400.00 in U.S. Currency (1:23-cv-00756), $93,530.59 in U.S.

Currency (1:23-cv-01562), and Assorted Jewelry, VL $33,000.00 (1:23-cv-01562), and it is further

ORDERED that the $77,400.00 in U.S. Currency (1:23-cv-00756), $93,530.59 in U.S. Currency (1:23-cv-01562), and Assorted Jewelry, VL $33,000.00 (1:23-cv-01562), is hereby forfeited to the United States, and it is further

ORDERED that any claims to the Defendant Properties are hereby forever barred.

Date: Oct. 27, 2026.

Mitchell J Katz

Digitally signed by Mitchell J Katz
Date: 2026.10.27 11:14:44 -04'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge